IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD., <br><br>Plaintiff, <br><br>vs. <br><br>DHB INDUSTRIES, INC., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-____ |

**PLAINTIFF HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD.'S
DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Harbinger Capital Partners Master Fund I, Ltd. ("Harbinger") advises the Court that it does not have any parent corporation nor is there any publicly held corporation that owns 10% or more of its stock. Harbinger reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

Date: November 30, 2006

Respectfully submitted,

*/s/ Anne C. Foster*

Anne C. Foster (#2513)
Foster@rlf.com
Michael R. Robinson (#4452)
Robinson@rlf.com
Daniel M. Silver (#4758)
Silver@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
   Attorneys for Plaintiff Harbinger Capital
   Partners Master Fund I, Ltd.

OF COUNSEL:

Stephen D. Alexander
Susan C. Chun
Bingham McCutchen LLP
355 So. Grand Avenue
Suite 4400
Los Angeles, California 90071
(213) 680-6400

B. Sabin Willett
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
(617) 951-8775

RLF1-3087090-1