# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE C. FOSTER

DIRECT DIAL NUMBER
302-651-7744
Foster@RLF.com

November 30, 2006

**VIA HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk, United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, DE 19801

Re: **Emergency Relief: Harbinger Capital Partners Master Fund I, Ltd. v. DHB Industries, Inc., C.A. No. 06-**

Dear Dr. Dalleo:

    I write on behalf of plaintiff Harbinger Capital Partners Master Fund I., Ltd. ("Harbinger"), in the above-captioned action. For the Court's convenience, I have enclosed copies of the Verified Complaint ("Complaint"), Motion for Expedited Relief and Temporary Restraining Order ("Motion"), and Brief in support of the Motion in this matter. Because of the urgency of these claims, plaintiff respectfully requests that this matter be referred as soon as possible to the duty Judge so that plaintiff's Motion for Expedited Relief and Temporary Restraining Order may be heard expeditiously.

    As set forth in more detail in plaintiff's submissions, defendant has noticed its annual meeting of stockholders for December 5, 2006. The Complaint alleges the defendant has violated Section 14(c) of the Securities Exchange Act of 1934 and Rule 14c-2 and 14c-3 promulgated thereunder with respect to this annual meeting because, among other things, it has failed to provide an information statement, annual report, or timely notice.

    As plaintiff's submissions indicate, plaintiff has set forth claims sufficient to warrant a temporary restraining order. Accordingly, plaintiff respectfully requests the prompt assignment of this case, so that plaintiff can present its motion at the Court's earliest convenience.

RLF1-2951192-2

Dr. Peter T. Dalleo
November 30, 2006
Page 2

   If you have any questions regarding this matter, counsel are available at your convenience.

                Respectfully submitted,

                Anne C. Foster (Del. Bar No. 2513)

cc: DHB, Industries, Inc.
   c/o YCS&T Services LLC
   1000 West Street
   Brandywine Building, 17th Floor
   Wilmington, DE 19801

RLF1-2951192-2