IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-____ |
| vs. | ) ) | |
| DHB INDUSTRIES, INC., | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff, through its undersigned counsel, hereby moves the Court pursuant to Federal Rule of Civil Procedure 65(b) for an order temporarily restraining the defendant from (1) further violations of the Securities Exchange Act; and (2) holding its annual meeting on December 5, 2006 pending resolution of plaintiff's motion for a preliminary injunction. The grounds for this Motion are set forth in the Complaint and Opening Brief in Support of Plaintiff's Motion for Temporary Restraining Order, filed herewith, which show that irreparable and immediate harm will occur absent a temporary restraining order. As to notice, Plaintiff's counsel certifies that she will attempt to send these papers to the defendant's registered agent and to defendant's counsel and also attempt to contact by telephone defendant's counsel. If notice cannot be achieved, it is respectfully requested that the Court enter the order attached hereto without notice due to the ongoing violations of the Securities Exchange Act as more fully explained in the Complaint and Opening Brief filed simultaneously herewith.

|  |  |
|---|---|
| OF COUNSEL: | /s/ Anne C. Foster |
|  | Anne C. Foster (#2513) |
|  | Foster@rlf.com |
| Stephen D. Alexander | Michael R. Robinson (#4452) |
| Susan C. Chun | Robinson@rlf.com |
| Bingham McCutchen LLP | Daniel M. Silver (#4758) |
| 355 So. Grand Avenue | Silver@rlf.com |
| Suite 4400 | Richards, Layton & Finger, P.A. |
| Los Angeles, California 90071 | One Rodney Square |
| (213) 680-6400 | 920 N. King Street |
|  | Wilmington, Delaware 19801 |
|  | (302) 651-7700 |
| B. Sabin Willett | Attorneys for Plaintiff Harbinger Capital |
| Bingham McCutchen LLP | Partners Master Fund I, Ltd. |
| 150 Federal Street |  |
| Boston, MA 02110-1726 |  |
| (617) 951-8775 |  |

Date: November 30, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06- |
| vs. | ) ) ) | |
| DHB INDUSTRIES, INC., | ) ) ) | |
| Defendant. | ) | |

### TEMPORARY RESTRAINING ORDER

Upon the Motion of Plaintiff for a Temporary Restraining Order, the Court having considered the Motion, Opening Brief in Support of Plaintiff's Motion for Temporary Restraining Order as well as the Complaint, and having considered the arguments of counsel, IT IS HEREBY ORDERED this ___ day of December, 2006 at ___:___ ___.m., as follows:

Defendants shall immediately cease and desist from: (1) further violations of the Securities Exchange Act; and (2) holding its annual meeting pending resolution of plaintiff's motion for a preliminary injunction.

_____
United States District Judge

RLF1-3087150-1

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, a copy of the foregoing will be served by hand delivery on the following:

> DHB, Industries, Inc.
> c/o YCS&T Services LLC
> 1000 West Street
> Brandywine Building, 17th Floor
> Wilmington, DE 19801

*[signature]*
Anne C. Foster (#2513)