# United States District Court

District Of Delaware

HARBINGER CAPITAL PARTNERS )
MASTER FUND I, LTD, )
)
)
Plaintiff, )
)
v. ) C.A. No. 06-
)
)
DHB INDUSTRIES, INC., )
)
Defendant. )
)
)

TO:     DHB Industries, Inc.
c/o YCS&T Services LLC
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS

Anne C. Foster, Esquire
Michael R. Robinson, Esquire
Daniel M. Silver, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
(302) 651-7700

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO           NOV 3 0 2006
_____  _____
CLERK                                                              DATE

_____
By DEPUTY CLERK

RLF1-3087065-1

• AO 440 (Rev 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 11/30/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| KEVIN DUNN | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: DHB INDUSTRIES, INC. C/O YCS&T SERVICES LLC AT 1000 WEST ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY DIANE DUNNING

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/30/06
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

ALSO SERVED
    NOTICE OF AVAILABILITY OF US MAGISTRATE JUDGE
    LETTER DATED 11/30/06 FROM ANN C. FOSTER
    CIVIL COVER SHEET
    VERIFIED COMPLAINT
    RULE 7.1 DISCLOSURE STATEMENT
    MOTION & PROPOSED TEMPORARY RESTRAINING ORDER
    OPENING BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TRO

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.