# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE C. FOSTER

DIRECT DIAL NUMBER
302-651-7744
FOSTER@RLF.COM

February 1, 2007

**VIA E-FILE & HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, DE 19801

    Re: **Harbinger Capital Partners Master Fund I, Ltd. v. DHB Industries, Inc., C.A. No. 06-719-SLR**

Dear Chief Judge Robinson:

    I write on behalf of plaintiff Harbinger Capital Partners Master Fund I., Ltd. ("Harbinger"), in the above-captioned action. With the permission of Defendant DHB Industries, Inc. ("DHB"), I enclose herewith a joint stipulation and proposed order staying this action for thirty days to facilitate settlement.

    Representatives from Harbinger and DHB have had discussions about a possible resolution of this matter and are going to continue those discussions. Accordingly, the parties agreed to seek a temporary stay of this action, subject to Your Honor's approval. In the event the parties do not reach a settlement in this matter, Harbinger will contact the Court to request a telephonic scheduling conference.

    Based on the foregoing, the parties respectfully request that Your Honor enter the enclosed joint stipulation and proposed order staying this action for thirty days.

    If you have any questions regarding this matter, counsel are available at the Court's convenience.

                                  Respectfully submitted,

                                  Anne C. Foster (Del. Bar No. 2513)

Enclosure
cc:    R. Judson Scaggs, Esquire (via e-file)

RLF1-3110797-1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARBINGER CAPITAL PARTNERS<br>MASTER FUND I, LTD., | )<br>)<br>) | |
| Plaintiff, | )<br>) | Civil Action No. 06-719-SLR |
| v. | )<br>) | |
| DHB INDUSTRIES, INC., | )<br>) | |
| Defendant. | ) | |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREBY Plaintiff Harbinger Capital Partners Master Fund I, Ltd. ("Harbinger") and Defendant DHB Industries, Inc. ("DHB") have agreed to a stay of this action for a period of thirty (30) days to facilitate settlement negotiations.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that this action shall be stayed for a period of thirty (30) days, beginning on and including February 1, 2007. In the event the parties are unable to reach a settlement after the expiration of thirty days, Harbinger shall contact the Court to request a telephonic scheduling conference.

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| *[signature]*<br>Anne C. Foster (#2513)<br>Michael R. Robinson (#4452)<br>Daniel M. Silver (#4758)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19899<br>(302) 651-7700<br>foster@rlf.com<br>robinson@rlf.com<br>silver@rlf.com<br><br>*Attorneys for Plaintiff Harbinger Capital Partners Master Fund I, Ltd.* | /s/ Jay N. Moffitt<br>R. Judson Scaggs, Jr. (#2676)<br>Jay N. Moffitt (#4742)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rscaggs@mnat.com<br>jmoffit@mnat.com<br><br>*Attorneys for Defendant DHB Industries, Inc.* |

Dated: February 1, 2007


SO ORDERED, this ___ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2007, true and correct copies of the foregoing letter and joint stipulation were served on the following attorneys of record at the addresses and in the manner indicated:

**Via E-File**
R. Judson Scaggs, Jr. (#2676)
Jay N. Moffitt (#4742)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

_____
Daniel M. Silver (#4758)