IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARBINGER CAPITAL PARTNERS<br>MASTER FUND I, LTD., | )<br>)<br>) | |
| Plaintiff, | )<br>) | Civil Action No. 06-719-SLR |
| v. | )<br>) | |
| DHB INDUSTRIES, INC., | )<br>) | |
| Defendant. | ) | |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREBY Plaintiff Harbinger Capital Partners Master Fund I, Ltd. ("Harbinger") and Defendant DHB Industries, Inc. ("DHB") have agreed to a stay of this action for a period of thirty (30) days to facilitate settlement negotiations.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that this action shall be stayed for a period of thirty (30) days, beginning on and including February 1, 2007. In the event the parties are unable to reach a settlement after the expiration of thirty days, Harbinger shall contact the Court to request a telephonic scheduling conference.

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Anne C. Foster<br>Anne C. Foster (#2513)<br>Michael R. Robinson (#4452)<br>Daniel M. Silver (#4758)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19899<br>(302) 651-7700<br>foster@rlf.com<br>robinson@rlf.com<br>silver@rlf.com | /s/ Jay N. Moffitt<br>R. Judson Scaggs, Jr. (#2676)<br>Jay N. Moffitt (#4742)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rscaggs@mnat.com<br>jmoffit@mnat.com<br><br>*Attorneys for Defendant DHB Industries, Inc.* |

*Attorneys for Plaintiff Harbinger Capital Partners Master Fund I, Ltd.*

Dated: February 1, 2007

SO ORDERED, this ___ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2007, true and correct copies of the foregoing letter and joint stipulation were served on the following attorneys of record at the addresses and in the manner indicated:

>**Via E-File**
>R. Judson Scaggs, Jr. (#2676)
>Jay N. Moffitt (#4742)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

/s/ Daniel M. Silver
Daniel M. Silver (#4758)