IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARBINGER CAPITAL PARTNERS<br>MASTER FUND I, LTD., | )<br>)<br>) | |
| Plaintiff, | )<br>) | Civil Action No. 06-719-SLR |
| v. | )<br>) | |
| DHB INDUSTRIES, INC., | )<br>) | |
| Defendant. | ) | |

### JOINT STIPULATION AND [PROPOSED] ORDER

WHEREAS Plaintiff Harbinger Capital Partners Master Fund I, Ltd. ("Harbinger") and Defendant DHB Industries, Inc. ("DHB") have engaged in settlement discussions over the course of the past few months;

WHEREAS Harbinger and DHB moved jointly for a thirty (30) day stay of this action on February 1, 2007 to facilitate settlement discussions, and those settlement discussions remain ongoing;

WHEREAS Harbinger and DHB have agreed to a stay of this action for an additional period of thirty (30) days to facilitate further settlement negotiations.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that this action shall be stayed for a period of thirty (30) days, beginning on and including March 2, 2007. In the event the parties are unable to reach a settlement after the expiration of thirty days, Harbinger shall contact the Court to request a telephonic scheduling conference.

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Michael R. Robinson | /s/ Jay N. Moffitt |
| Anne C. Foster (#2513) | R. Judson Scaggs, Jr. (#2676) |
| Michael R. Robinson (#4452) | Jay N. Moffitt (#4742) |
| Daniel M. Silver (#4758) | 1201 North Market Street |
| One Rodney Square | P.O. Box 1347 |
| 920 N. King Street | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 651-7700 | rscaggs@mnat.com |
| foster@rlf.com | jmoffit@mnat.com |
| robinson@rlf.com | |
| silver@rlf.com | *Attorneys for Defendant DHB Industries, Inc.* |

*Attorneys for Plaintiff Harbinger Capital Partners Master Fund I, Ltd.*

Dated: March 2, 2007


SO ORDERED, this ___ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE

# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MICHAEL R ROBINSON

DIRECT DIAL NUMBER
302-651-7767
ROBINSON@RLF.COM

March 2, 2007

**VIA E-FILE & HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, DE 19801

    Re:    **Harbinger Capital Partners Master Fund I, Ltd. v. DHB Industries, Inc., C.A. No. 06-719-SLR**

Dear Chief Judge Robinson:

    I write on behalf of plaintiff Harbinger Capital Partners Master Fund I., Ltd. ("Harbinger"), in the above-captioned action. With the permission of Defendant DHB Industries, Inc. ("DHB"), I enclose herewith a joint stipulation and proposed order staying this action until April 2, 2007 to facilitate settlement.

    When the parties last contacted the Court, representatives from Harbinger and DHB had discussed a possible resolution of this matter. The parties plan to continue those discussions over the course of the next few weeks. Accordingly, the parties have agreed to seek another temporary stay of this action, subject to Your Honor's approval. In the event the parties do not reach a settlement in this matter, Harbinger will contact the Court to request a telephonic scheduling conference. Based on the foregoing, the parties respectfully request that Your Honor enter the enclosed joint stipulation and proposed order staying this action for an additional thirty days.

    If you have any questions regarding this matter, counsel are available at the Court's convenience.

                                  Respectfully submitted,

                                  Michael R. Robinson (Del. Bar 4452)

Enclosure
cc:    R. Judson Scaggs, Esquire (via e-mail)

RLF1-3121466-2