IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-719-SLR |
| v. | ) ) | |
| DHB INDUSTRIES, INC., | ) ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the above-captioned action, including all claims and counterclaims, is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

RICHARDS, LAYTON & FINGER, P.A.

/s/ Brock E. Czeschin
Anne C. Foster (#2513)
Brock E. Czeschin (#3938)
One Rodney Square
920 N. King Street
Wilmington, DE 19899
(302) 651-7700
foster@rlf.com
czeschin@rlf.com

*Attorneys for Plaintiff Harbinger Capital Partners Master Fund I, Ltd.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jay N. Moffitt
R. Judson Scaggs, Jr. (#2676)
Jay N. Moffitt (#4742)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rscaggs@mnat.com
jmoffitt@mnat.com

*Attorneys for Defendant DHB Industries, Inc.*

Dated: March 30, 2007

RLF1-3132918-1

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

BROCK E. CZESCHIN

DIRECT DIAL NUMBER
302-651-7571
CZESCHIN@RLF.COM

March 30, 2007

**VIA E-FILE & HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, DE 19801

    Re:    **Harbinger Capital Partners Master Fund I, Ltd. v. DHB Industries, Inc., C.A. No. 06-719-SLR**

Dear Chief Judge Robinson:

    The parties are continuing to hold discussions concerning a possible resolution of the above matter. Rather than request that the Court continue to stay the action while these discussions are ongoing, however, we have determined to voluntarily dismiss the action without prejudice. In this regard, a stipulation and proposed order of dismissal is enclosed.

                                            Respectfully submitted,

                                            Brock E. Czeschin (Del. Bar No. 3938)

Enclosure
cc:    Jay N. Moffitt, Esquire (via e-file)